UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRYCE MILLER, ROBERT MILLS, § <br> MICHAEL STRAWN, JASON JEWERT § <br> MICHAEL CANALES, and § <br> BELINDA MANGUM § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> TRAVIS COUNTY, TEXAS, and § <br> SARAH ECKHARDT § <br> in her official capacity § | CIVIL ACTION NO. <br> 1:16-cv-01196-RP |

## ORDER

Before the Court is Plaintiffs' Motion for Entry of Judgment (the "Motion"). After reviewing the pleadings on file and the trial record and exhibits, the Court hereby orders that the Motion is meritorious and is GRANTED in all respects.

Accordingly, the Court HEREBY ORDERS, ADJUDGES, AND DECREES that Defendant:

A.   Violated the FLSA by mis-classifying Plaintiffs as exempt employees;

B.   Unpaid overtime backpay in the following amounts:
  Bryce Miller $24,753.97
  Robert Mills $6,237.29
  Michael Strawn $6,754.89
  Michael Canales $60,010.60
  Jason Jewert  $21,170.37
  Belinda Mangum $18,704.98

C.   Liquidated damages in the following amounts:
  Bryce Miller $24,753.97
  Robert Mills $6,237.29
  Michael Strawn $6,754.89
  Michael Canales $60,010.60
  Jason Jewert  $21,170.37
  Belinda Mangum $18,704.98

D.     Pay Plaintiffs post-judgment interest on any unpaid amounts set forth above or awarded as attorney's fees and costs, pursuant to 28 U.S.C. § 1961; and

E.     Plaintiffs submit a motion for attorney's fees, costs and expenses, and appear at a hearing to be set by the Court for award of Plaintiffs' attorney's fees and costs and expenses pursuant to 29 U.S.C. § 216(b);

F.     Defendants' violated 42 U.S.C. § 1983 and Texas Local Government Code Section 157.022, and pursuant to F.R.C.P. 57 and 28 U.S.C. §§ 2201 *et seq.* the Court declares that Defendant must compensate all law enforcement lieutenants (as peace officers in the Travis County Sheriff's Office) overtime pursuant to Texas Local Government Code Chapter 157, and permanently enjoins Defendant from failing and refusing to pay lieutenants in the Travis County Sheriff's Office one and one-half times their regular rate for all hours in excess of 40 worked in each work week.

SIGNED THIS the ____ day of _____, 201__.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE