UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYCE MILLER, ROBERT MILLS, MICHAEL STRAWN, JASON JEWERT MICHAEL CANALES, and BELINDA MANGUM | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:16-cv-01196-RP |
| v. | § § | |
| TRAVIS COUNTY, TEXAS, and SARAH ECKHARDT in her official capacity | § § § § | |

## JOINT MOTION REGARDING
## AGREED ATTORNEY'S FEES AND COSTS

COME NOW, Plaintiffs and Defendants (collectively the "Parties") and file this Joint Motion Regarding Agreed Attorney's Fees and Costs regarding Plaintiffs' Renewed Motion for Attorney's Fees and Costs and Declaration in support of said Motion [Doc. 100] (the "Motion").

After further conferencing on this issue and in order to conserve the Court's resources and time, the Parties have agreed to the following amount of attorney's fees and costs to be awarded to Plaintiffs. The Parties agree that the following awards to Plaintiffs are reasonable and necessary:

$147,500 in reasonable and necessary attorney's fees and

$3,734.64 in reasonable and necessary costs.

The Parties acknowledge and agree that this agreed motion concerns only the award of attorney's fees and costs by this Court and does not waive or relinquish Court's final judgment [Doc. 86], the mandate [Doc. 98], or the Fifth Circuit's bill of costs of $120 which is included as part of the reasonable and necessary costs above.

For these reasons, the Parties respectfully request that the Court award Plaintiffs attorney fees of $147,500 and taxable costs and out-of-pocket expenses of $3,734.64.

Respectfully submitted,

/s/ Jacob Scheick
Jacob Scheick
State Bar No. 24060563
Bo Blackburn
State Bar No. 24006853
Almanza, Blackburn, Dickie, and Mitchell, LLP
2301 S. Capital of Texas Hwy.
Bldg. H
Austin, Texas 78746
(512) 474-9486
(512) 478-7151 – Fax

**ATTORNEYS FOR PLAINTIFFS**

DAVID A. ESCAMILLA
County Attorney, Travis County
P.O. Box 1748
Austin, Texas 78767
Telephone: (512) 854-9513
Facsimile: (512) 854-4808

By: /s/ Amy S. Ybarra
LAURIE R. EISERLOH
State Bar No. 06506270
laurie.eiserloh@traviscountytx.gov
AMY S. Ybarra
State Bar No. 24013573
amy.ybarra@traviscountytx.gov

*Attorneys for Defendants Travis County, Texas and Sarah Eckhardt, in her official capacity*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 3, 2020, a copy of the foregoing was served upon the following counsel of record via the Court's electronic filing system:

LAURIE R. EISERLOH
State Bar No. 06506270
laurie.eiserloh@traviscountytx.gov
AMY S. YBARRA
State Bar No. 24013573
Amy.Ybarra@traviscountytx.gov

                                                                    */s/ Jacob Scheick*
                                                                    Jacob Scheick