IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRYCE MILLER, ROBERT MILLS, MICHAEL STRAWN, JASON JEWERT, MICHAEL J. CANALES, and BELINDA MANGUM, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:16-CV-1196-RP |
| TRAVIS COUNTY, TEXAS, and JUDGE SARAH ECKHARDT, *in her official capacity*, | § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the parties' Joint Motion Regarding Agreed Attorney's Fees and Costs. (Dkt. 103). The parties represent that they have reached an agreement on attorney's fees and costs. (*Id.* at 1). Pursuant to that agreement, the parties request that the Court enter an order awarding Plaintiffs $147,500 in reasonable and necessary attorney's fees and $3,734.64 in reasonable and necessary costs. (*Id.*). In light of the parties' agreement, the Court finds good cause to grant the parties' motion.

Accordingly, the parties' Joint Motion Regarding Agreed Attorney's Fees and Costs, (Dkt. 103), is **GRANTED**. Pursuant to the parties' agreement, **IT IS ORDERED** that Defendants shall pay Plaintiffs the following sums:

1. $147,500 in reasonable and necessary  attorney's fees; and

2. $3,734.64 in reasonable and necessary costs.

**IT IS FINALLY ORDERED** that Plaintiffs' Renewed Motion and Declaration for Attorney's Fees and Costs, (Dkt. 100), is **MOOT**.

**SIGNED** on June 5, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE